693 A.2d 583

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ronald GIBSON, Petitioner.**

Supreme Court of Pennsylvania.

May 30, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 30th day of May, 1997, it is ordered that petitioner's Emergency Motion for a Stay of Execution pend-

ing the filing and resolution of a petition for a writ of certiorari is GRANTED. The execution shall be stayed pending action by the United States Supreme Court on the petition for certiorari from this Court's ruling in *Commonwealth v. Gibson*, 547 Pa. 71, 688 A.2d 1152 (1997).